UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Sherry Cadell</u>

          v.                            Civil No. 11-cv-394-JD

<u>XL Specialty Insurance Company, et al.</u>

<u>O R D E R</u>

On November 4, 2011, defendant XL Specialty Insurance Company filed a Rule 26(a)(1) disclosure, Doc. 11.  Pursuant to Fed. R. Civ. P. 26(a)(1), the disclosure statements must not be filed until they are used in the proceeding or the court orders filing.

It is therefore ordered, that document 11 be stricken and removed from the docket.

SO ORDERED.

November 4, 2011                            */s/ Joseph A. DiClerico, Jr.*
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

cc:    John Durkin, Esq.
        John Barker, Esq.
        Paul Michienzie, Esq.