UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Sherry Cadell</u>

      v.              Civil No. 11-cv-394-JD

<u>XL Specialty Insurance Company</u>

<u>O R D E R</u>

In accordance with the telephone conference held today, December 17, 2012, counsel shall provide the Court with a status report by January 4, 2013.

SO ORDERED.


December 18, 2012           <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                   Joseph A. DiClerico, Jr.
                   United States District Judge


cc:    John E. Durkin, Esq.
     John C. Barker, Esq.
     Paul Michienzie, Esq.