UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sherry Cadell

           v.           Civil No. 11-cv-394-JD

XL Specialty Insurance Company

O R D E R

In accordance with the telephone conference held today, December 17, 2012, counsel shall provide the Court with a status report by January 4, 2013.

SO ORDERED.

December 18, 2012                            */s/ Joseph A. DiClerico, Jr.*
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

cc:    John E. Durkin, Esq.
        John C. Barker, Esq.
        Paul Michienzie, Esq.