UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Sherry Cadell

    v.                              Civil No. 11-cv-394-JD

XL Specialty Insurance Company


O R D E R

On March 15, 2013, the court issued a procedural order informing the parties that unless they filed a motion requesting that document nos. 45, 46, 47, 50, 52, and 53, as well as the court's January 31, 2013, order remain confidential, the court would unseal those documents and the order.  On March 22, 2013, the defendant filed an assented-to motion indicating that it does not oppose the unsealing of any of the documents or the court's January 31, 2013, order, but requesting that any attachments to document nos. 46 and 53 remain confidential.  Neither document no. 46 nor document no. 53 contains an attachment.  Therefore, document nos. 45, 46, 47, 50, 52, and 53, as well as the court's January 31, 2013, order, will be unsealed.


Conclusion

For the foregoing reasons, the defendant's assented-to motion regarding confidentiality (document no. 60) is granted.

The clerk shall unseal the documents referred to above, as well as the court's January 31, 2013, order.

    SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

March 27, 2013

cc:   John C. Barker, Esquire
       Richard C. Demerle, Esquire
       John E. Durkin, Esquire
       Paul Michienzie, Esquire