```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Sherry Cadell

    v.                              Civil No. 11-cv-394-JD

XL Specialty Insurance Company


O R D E R

The parties in this case reached a confidential settlement agreement.  Sherry Cadell moves to file under seal a stipulation on the workers' compensation lien and holiday.  The motion to seal the stipulation is currently under seal.  As recognized in the court's previous order on sealing documents in this case, a material term of the settlement agreement is that the specific details of the settlement are to be kept confidential.

Cadell did not move for leave to file the motion to seal (document no. 67) under seal.  There appears to be no need to keep the motion under seal.  Therefore, it will be unsealed.

With respect to the stipulation, Cadell explains that it is necessary to seal the stipulation to protect the confidentiality of the settlement agreement.  The stipulation is approved.  The stipulation contains details of the settlement.  In lieu of sealing the stipulation, the original copy of the stipulation (document no. 66) will be returned to the filer, and the corresponding electronic document will be removed from CM/ECF.

## Conclusion

For the foregoing reasons, the motion to file the stipulation under seal (document no. 67) is granted in part as is provided in this order.

The motion to seal the stipulation (document no. 67) is unsealed.

SO ORDERED.

_Joseph A. DiClerico, Jr._
Joseph A. DiClerico, Jr.
United States District Judge

May 22, 2013

cc: John C. Barker, Esquire
    Richard C. Demerle, Esquire
    John E. Durkin, Esquire
    Paul Michienzie, Esquire